UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAR TECHNOLOGY CORPORATION and
PARTECH, INC.,

    *Plaintiffs,*

against

THE TRAVELERS COMPANIES, INC.,
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, TRAVELERS
INDEMNITY COMPANY OF CONNECTICUT,
and THE TRAVELERS INDEMNITY
COMPANY,

    *Defendants.*

**STIPULATION OF DISMISSAL**

Civil Action No. 6:22-cv-1121

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their counsel, hereby stipulate that this action be dismissed, on the merits, with prejudice, and without costs to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    December 4, 2024

| | |
|---|---|
| **THE LAW OFFICE OF KEVIN G. MARTIN, P.C.** | **BARCLAY DAMON LLP** |
| *Kevin G. Martin* | *Kevin D. Szczepanski* |
| Kevin G. Martin<br>*Attorneys for Plaintiffs*<br>1600 Genesee Street<br>Utica, New York 13502<br>(315) 507-3765<br>kmartinlaw@gmail.com | Kevin D. Szczepanski<br>*Attorneys for Defendants*<br>200 Delaware Avenue<br>Buffalo, New York 14202<br>(716) 858-3834<br>kszczepanski@barclaydamon.com |

30296175.1